UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | |
|---|---|
| ASHLEY MILLER, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV618-072 |
| ANDREW SAUL, *Commissioner of Social Security*, | ) |
| Defendant. | ) |

ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, doc. 20, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court and this case is **REMANDED** to the Social Security Administration for further proceedings under 42 U.S.C. § 405(g). On remand, the ALJ is **DIRECTED** to evaluate Dr. Dasher's March 2014 physical limitations to determine whether plaintiff can work; Dr. Shuman's opinion that plaintiff cannot work due to her diabetes, stress, depression, and anxiety; and address the opinion evidence of Dr. Roth and Dr. Chester to affirm its consistency with the RFC assessment. The Clerk of Court is **DIRECTED** to enter **JUDGMENT** consistent with this order and to close this case.

**SO ORDERED**, this 6th day of September, 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA