# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | | |
|---|---|---|
| ASHLEY MILLER | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV618-072 |
| | ) | |
| ANDREW SAUL, Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

Before the Court is the Commissioner's Unopposed Motion to Stay Proceedings. Doc. 24. The Commissioner requested the stay pending the decision by the Eleventh Circuit Court of Appeals in *Callaway v. Saul*, No. 19-11417 and *Heard v. Saul*, No. 19-11046. *Id.* These cases have since been resolved. As a result, the Motion for Stay is **DISMISSED AS MOOT**. Plaintiff shall have fourteen days from the date of this order to file any supplemental briefing in support of his Motion for Attorneys fees. The Government shall have fourteen days in which to respond in opposition.

**SO ORDERED,** this <u>16th</u> day of July, 2020.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA