UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| ASHLEY MILLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV618-072 |
| | ) | |
| ANDREW SAUL, Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On July 16, 2020, the Court directed supplemental briefing on plaintiff's Motion for Attorney's Fees. Doc. 23, doc. 25. To date, no supplements have been provided and the Government has not objected. Accordingly, the parties are **DIRECTED** to **SHOW CAUSE** within fourteen days from the date of this order why the motion should not be granted.

**SO ORDERED,** this 17th day of March, 2020.

CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA