UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

ASHLEY MILLER, )
)
    Plaintiff, )
)
v. ) CV618-072
)
KILOLO KIJAKAZI, )
)
    Defendant. )

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), doc. 30, to which no objections have been filed. Accordingly, the R&R is **ADOPTED**, and the parties' Joint Motion for Resolution of Motion for EAJA Fees is **GRANTED**. Doc. 27. Plaintiff is awarded $8,236.50 in attorney's fees under the Equal Access to Justice Act ("EAJA").

Upon the entry of this order, the Commissioner will determine whether Plaintiff owes a debt to the Government that qualifies under the Treasury Offset Program, 21 U.S.C. §§ 3711, 3716. If Plaintiff owes such a debt, the fee award will be applied towards that debt with any remaining funds remitted to Plaintiff. If not, the entire award will be remitted to Plaintiff. The Government may, in its discretion, accept Plaintiff's assignment of EAJA fees and pay the award directly to Plaintiff's counsel.

**ORDER ENTERED** at Augusta, Georgia, this 18th day of May, 2022.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA